UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MANUEL ANTONIO GONZALEZ, | Case No.: 20cv2538-CAB-RBB |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING FINAL OPPORTUNITY TO FILE FIRST AMENDED PETITION** |
| WARDEN, | |
| Defendant. | |

On January 13, 2021, this Court issued an order denying in forma pauperis application and dismissing case without prejudice ("IFP Order"). [Doc. No. 3.] In the IFP order, the Court advised Petitioner that, to have the case reopened, he must (by March 15, 2021): (1) pay the filing fee or provide adequate proof of his inability to pay **and** (2) file a First Amended Petition ("FAP") which adequately alleges exhaustion of state judicial remedies. [Doc. No. 3 at 4.] On January 26, 2021, Petitioner paid the filing fee. [Doc. 4.] To date, however, no FAP has been filed.

Petitioner has until **May 5, 2022** to file a FAP. If no FAP is filed by May 5, 2022, this case will remain dismissed and will be permanently closed.

**IT IS SO ORDERED.**

Dated: April 5, 2022

Hon. Cathy Ann Bencivengo
United States District Judge